IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ausloos, Christine L | Case Number: 05 B 40804 |
| | Judge: Squires, John H |
| Printed: 8/19/08 | Filed: 9/27/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 31, 2008
Confirmed: January 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 26,268.00 | |
| Secured: | | 5,655.70 |
| Unsecured: | | 18,181.95 |
| Priority: | | 0.00 |
| Administrative: | | 894.00 |
| Trustee Fee: | | 1,418.71 |
| Other Funds: | | 117.64 |
| Totals: | 26,268.00 | 26,268.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Springer Brown Covey Gaertner & Davis | Administrative | 894.00 | 894.00 |
| 2. | Ford Motor Credit Corporation | Secured | 5,655.70 | 5,655.70 |
| 3. | ECast Settlement Corp | Unsecured | 832.46 | 832.46 |
| 4. | Capital One | Unsecured | 5,298.14 | 5,298.14 |
| 5. | Jefferson Capital | Unsecured | 2,069.36 | 2,069.36 |
| 6. | Capital One | Unsecured | 2,309.64 | 2,309.64 |
| 7. | RoundUp Funding LLC | Unsecured | 4,652.31 | 4,652.31 |
| 8. | Capital One | Unsecured | 2,328.00 | 2,328.00 |
| 9. | ECast Settlement Corp | Unsecured | 692.04 | 692.04 |
| 10. | CitiMortgage Inc | Secured | | No Claim Filed |
| 11. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 24,731.65 | $ 24,731.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 344.74 |
| 5% | 119.99 |
| 4.8% | 230.40 |
| 5.4% | 518.39 |
| 6.5% | 205.19 |
| | _____ |
| | $ 1,418.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ausloos, Christine L | Case Number:  05 B 40804 |
| | Judge:  Squires, John H |
| Printed:  8/19/08 | Filed:  9/27/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

